**In re: PARAGON TRADE BRANDS, INC., Debtor.**

---

**Weyerhaeuser Company, Plaintiff–Appellee,**

v.

**Randall Lambert, Defendant–Appellant.**

No. 07–14729.

United States Court of Appeals, Eleventh Circuit.

May 27, 2008.

Emmet J. Bondurant, Bondurant, Mixson & Elmore, Atlanta, GA, Joel N. Bodansky, Louis D. Peterson, Michael R. Scott, Timothy D. Benedict, Hillis Clark Martin & Peterson, P.S., Seattle, WA, for Plaintiff–Appellee.

Richard H. Caldwell, John A. Lee, Andrews & Kurth, LLP, Houston, TX, Charles E. Campbell, Mckenna, Long & Aldridge, Atlanta, GA, for Defendant–Appellant.

Before CARNES and MARCUS, Circuit Judges, and BUCKLEW,* District Judge.

PER CURIAM:

After reviewing the record and briefs in this case, and having the benefit of oral argument, we affirm the judgment of the district court based on its comprehensive and well-reasoned order and opinion of September 26, 2007, 2007 WL 2826957.

AFFIRMED.

---

* Honorable Susan C. Bucklew, United States District Judge for the Middle District of Flori-   da, sitting by designation.